# United States District Court
## For The Western District of North Carolina
### Statesville Division

PAUL WESLEY GAITHER, JR.,

                Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                         CASE NO. 5:07CV59-3-V

UNITED STATES OF AMERICA,

                Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 9, 2007, Order.

                Signed: July 9, 2007

                *Frank G. Johns*

                Frank G. Johns, Clerk
                United States District Court